UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES & ORDER

CHAPTER        7
DATE:          November 23, 2010
JUDGE:         Margaret Dee McGarity
CASE NO.:      10-37346-MDM
DEBTOR:        Tammy K. Brown
NATURE OF HEARING:    Debtor's application for waiver of the chapter 7 filing fee.
APPEARANCES:          Tammy K. Brown, Debtor/Pro Se
COURTROOM DEPUTY:     Carolyn A. Belunas
TIME:                 11:03 - 11:14 am

It appears from the debtor's schedules there are sufficient funds available to pay the filing fee. In addition, she used a petition preparer to assist her in filling out the petition and schedules.

Therefore, the application for waiver is denied.

The chapter 7 filing fee of $299, must be paid in full in no more than four (4) installments, to the Clerk of Bankruptcy Court located at 517 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202, on or before December 13, 2010. The payment must be in the form of a cashier's check, certified check or money order, as the clerk's office will not accept a personal check of the debtor(s). If the entire filing fee is not paid timely the case will be dismissed without further hearing.

SO ORDERED.
November 29, 2010

                                    Margaret Dee McGarity
                                    U.S. Bankruptcy Judge