IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: December 14, 2010



Honorable Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE:   Tammy K Brown, | Case No. 10–37346–mdm |
| Debtor. | Chapter  7 |

### ORDER DISMISSING CASE

The Debtor having failed to pay the entire filing fee as required by this Court's Order dated November 29, 2010 it is therefore,

ORDERED: that the Debtor's case is dismissed, effective immediately.

#####