UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES & ORDER

CHAPTER 7
DATE: February 8, 2011
JUDGE: Margaret Dee McGarity
CASE NO.: 10-37346-MDM
DEBTOR: Tammy K. Brown
NATURE OF HEARING: Debtor's correspondence construed as a motion for return of bankruptcy petition preparer fees.
APPEARANCES: Tammy K. Brown, Debtor/Pro Se
COURTROOM DEPUTY: Carolyn A. Belunas
TIME: 10:33 - 10:42 am

The debtor paid Christina Lauth, a petition preparer, to assist her in filling out her petition and schedules. According to the court docket, the completed schedules were never filed in this case. Ms. Brown stated she asked for the schedules so she could file them personally, but Ms. Lauth said she would take care of filing. The case was dismissed on December 15, 2010, for failure to pay the filing fee.

The court held that the debtor did not receive any value from Ms. Lauth's services. Therefore, Christina Lauth is ordered to return $175, payable directly to the debtor, forthwith. Further, Ms. Lauth is enjoined from filing any bankruptcy cases as a petition preparer in the Eastern District of Wisconsin, until the amount of $175, is paid to the debtor, and Ms. Lauth files an affidavit that payment was made.

SO ORDERED.
February 9, 2011

Margaret Dee McGarity
U.S. Bankruptcy Judge