FRI-14109 0757-2 pdfhrg 10-37346
U.S. Bankruptcy Court
U.S. Courthouse
Room # 126
517 East Wisconsin Ave.
Milwaukee, WI 53202-4581

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

RECEIVED MAIL

FEB 23 2011

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

060379 60379 1 AT 0.354 53220 6 1 6688-0-61002

Christina L. Lauth
6125 West Coldspring Road
Greenfield, WI 53220-3025

NIXIE     530  DE 1      00 02/20/11
        RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 53202458199      *2586-01997-20-38

53202@4581